MENT, to Ascertain and Determine the Compensation Which Should Justly Be Made to EMIL C. MARTENS and FREDERICK F. MARTENS, by Reason of The Closing and Discontinuance of Reid's Mill Lane, in the Borough of The Bronx, City of New York. Damage Claim of CHRISTIAN CARL, Respondent; THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.; Clarke, P. J., dissented upon the ground that in his opinion it is not satisfactorily shown that Reid's Mill Lane was ever a public street or thoroughfare.

WILLIAM HAIM, Appellant, v. PHILIP RICHMAN and Another, Respondents. — Order reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THOMAS F. LEE, Respondent, v. LAWRENCE DONAHUE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.; Dowling, J., dissented.

In the Matter of Proving the Last Will and Testament of KARLENE E. KING, Deceased, as a Will of Real and Personal Property. HELEN KING LEONARD, Appellant; COLUMBIA TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

EQUITABLE SOCIAL CLUB, INC., Appellant, v. RICHARD E. ENRIGHT, as Commissioner of Police of the City of New York, and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SAMUEL BERNSTEIN, Respondent, v. ESSKAY WAIST COMPANY and Others, Appellants.— Order modified so as to provide that the order for examination before trial of officers of defendant be amended by striking therefrom the names and titles of the officers of the defendant corporation, and inserting instead thereof after the words " ordered that " the following: " the defendant Esskay Waist Company by Samuel Krohnberg, its treasurer, and Louis Krohnberg, its vice-president, be examined and that they; " and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LORENA L. MARSTON, Respondent, v. NAT. A. MILLMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LIONEL HAGENAERS and Another, Copartners, etc., Appellants, Respondents, v. LUCAS CABALLERO and Another, Defendants, and JULIO C. CABALLERO, Respondent, Appellant, Individually and as Surviving Partners, etc.— Order affirmed, without costs to either party. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.